UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, et al. | **LR 7.1(f) & LR 72.2(d)**<br>**CERTIFICATE OF COMPLIANCE** |
| Plaintiff(s) | Case Number: 23-CV-2774-NEB-TNL |
| v. | |
| Keith Ellison, et al., | |
| Defendant(s) | |

I, James V. F. Dickey, certify that the

> Memorandum titled: **Plaintiffs' Memorandum of Law in Support of Their Motion for a Preliminary Injunction**
>
> And the Reply Memorandum titled: **Plaintiffs' Reply Memorandum of Law in Support of Their Motion for a Preliminary Injunction**
>
> comply with Local Rule 7.1(f).

I further certify that, in preparation of the above documents, I:

> Used the following word processing program and version: Microsoft Word 365, Versions 2310 and 2311, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the reply document contains the following number of words: 10,787

I further certify that the initial memorandum contains the following number of words: 933

Combined, these two memoranda contain 11,720 words.

|  | **UPPER MIDWEST LAW CENTER** |
|---|---|
| Dated: January 9, 2024 | */s/ James V. F. Dickey*<br>Douglas P. Seaton (#127759)<br>James V. F. Dickey (#393613)<br>8421 Wayzata Blvd., Suite 300<br>Golden Valley, Minnesota 55426<br>Doug.Seaton@umlc.org<br>James.Dickey@umlc.org<br>(612) 428-7000 |